No. 03–5471. ARROWOOD v. MCGRATH, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5473. DARDEN v. UNITED PARCEL SERVICE, INC. C. A. 11th Cir. Certiorari denied.

No. 03–5474. SCALES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5475. SPENCE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5476. SONOWO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5477. SIMMONS v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5478. SHABAZZ v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5479. SIMMONS v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 03–5480. SPEAR v. ANDRASCHKO. C. A. 10th Cir. Certiorari denied.

No. 03–5481. SWAINSON v. LAVAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS. C. A. 3d Cir. Certiorari denied.

No. 03–5483. MULDROW v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 03–5484. AMENTO v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 03–5485. BROWN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–5486. PARKER v. BAILEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–5487. EMBRY v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.